IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JOEL JESUS TABLADA-MARIN, | * | |
| Petitioner, | * | |
| v. | * | Case No. 4:26-cv-1121 (CDL-ALS) |
| WARDEN, STEWART DETENTION CENTER, | * | |
| Respondent. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated October 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 22nd day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk